IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | | PLAINTIFF |
| VS. | 4:04CR00094-02 JTR | |
| FREIDA M. BROADNAX | | DEFENDANT |
| DHS MEDICAL CLAIMS | | GARNISHEE |

## ORDER

The Government has filed an Application for a Writ of Garnishment pursuant to 28 U.S.C. § 3205. (Docket entry #30.) The Court concludes that the Application and the Writ attached to the Application comport with the requirements of § 3205, and that the Clerk of the Court should issue the Writ pursuant to § 3205(c)(1). The Government is directed to serve the Writ on Garnishee and Defendant, and certify to the Court once service is made pursuant to 28 U.S.C. 3205(c)(3).

IT IS THEREFORE ORDERED THAT Plaintiff's Application for a Writ of Garnishment (docket entry #30) is GRANTED.

Dated this 22nd day of September, 2008.

_____
UNITED STATES MAGISTRATE JUDGE