UNITED STATES DISTRICT COURT
DISTRICT OF ARKANSAS
WESTERN DIVISION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

AUG 1 9 2009

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>Plaintiff, )<br>)<br>v. )<br>)<br>FREIDA M. BROADNAX, )<br>Judgment Defendant, )<br>)<br>DHS MEDICAL CLAIMS, )<br>Garnishee Defendant. )<br>) | CAUSE NO.   4:04CR00094-02 JTR |

**AGREED FINAL ORDER IN GARNISHMENT**

The parties, the United States of America, plaintiff; the judgment defendant, Freida M. Broadnax; and the garnishee defendant, DHS Medical Claims, agree and stipulate as follows:

1. The judgment defendant's name is Freida M. Broadnax, her Social Security Number is xxx-xx-0992, and her last known address is: 6200 Colonel Glen, #269, Little Rock, Arkansas 72202.

2. A Judgment was entered against the judgment defendant, Freida M. Broadnax in this action in the amount of $35,562.00. The total balance due on the Judgment is $34,365.00, as of July 21, 2009.

3. The garnishee defendant, DHS Medical Claims, has, in its possession, custody or control, property of the judgment defendant in the form of wages paid to the judgment defendant, Freida M. Broadnax.

4.     The judgment defendant, Freida M. Broadnax, waives service of an application for a writ of continuing garnishment pursuant to Section 3205 of the Federal Debt Collection Procedures Act of 1990, 28 U.S.C. § 3205, and further waives her right to a hearing under the section 3205 and any other process to which the judgment defendant may be entitled under the Federal Debt Collection Procedures Act of 1990.

5.     The garnishee defendant, DHS Medical Claims, waives service of an application for a writ of continuing garnishment pursuant to Section 3205 of the Federal Debt Collection Procedures Act of 1990, 28. U.S.C. § 3205 and further waives its rights to answer and be heard in this matter and waives any other process to which the garnishee defendant may be entitled under the Federal Debt Collection Procedures Act of 1990.

6.     The judgment defendant, Freida M. Broadnax, agrees and stipulates that her wages are subject to garnishment under section 3205 of the Federal Debt Collection Act, 28 U.S.C. §3205 and expressly agrees and stipulates that the entry of a Final Order in Garnishment is proper.

7.     The parties therefore agree and stipulate to the entry of a final order in garnishment against the non-exempt wages of the judgment defendant, Freida M. Broadnax. It is expressly agreed and stipulated to, by the parties, that the garnishee defendant, DHS Medical Claims, shall pay into the hands of the United States Attorney $50.00 per month.

8.     The parties further agree and stipulate that these sums are to be applied upon the judgment rendered in this cause in the sum of $35,562.00, upon which there is an unpaid balance of $34,365.00 as of July 21, 2009. These deductions are to continue until the unpaid balance is fully paid and satisfied.

Checks should be made payable to:

    U.S. District Court Clerk

and mailed to:

    Clerk of the Court
    600 W. Capitol Avenue, Suite A149
    Little Rock, AR  72201

9.     This order shall take effect after all prior orders in garnishment have been satisfied.

    Respectfully submitted,

    Jane W. Duke
    United States Attorney

By: _____
    Stacey E. McCord
    Assistant United States Attorney

_____
Freida M. Broadnax
Judgment Defendant

_____
DHS Medical Claims
Garnishee

**APPROVED AND SO ORDERED** this 19th day of August, 2009.

_____
J. Thomas Ray, magistrate
United States ~~District Court~~ Judge

Copies to:

Stacey E. McCord
Assistant United States Attorney
United States Attorney's Office
P.O. Box 1229
Little Rock, AR  72203

Freida M. Broadnax
Judgment Defendant
c/o Dwayne Ricks
U.S. Probation Office
700 W. Capitol Ave., Suite 6202
Little Rock, AR  72203

DHS Medical Claims
Attn: Fumiko Collins
Garnishee Defendant
700 Main Street
Little Rock, AR  72202